# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ROBERT C. GILLIAM, JR., | : | CIVIL ACTION NO. |
| BOP Reg. # 12138-017, | : | 1:12-cv-00567-TWT-SSC |
|     Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| BUREAU OF PRISONS, | : | PRISONER HABEAS CORPUS |
| WARDEN KELLER, | : | 28 U.S.C. § 2241 |
|     Respondents. | : | |

## MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION

On February 24, 2012, the Clerk docketed the petition in this habeas corpus action challenging Petitioner's confinement in the Special Management Unit at the United States Penitentiary in Atlanta, Georgia. [Doc. 1]. On May 10, 2012, the Court denied Petitioner leave to proceed *in forma pauperis*; ordered him to pay the entire filing fee of $5.00 for this habeas corpus action; and advised him that his "failure to pay the fee within thirty (30) days . . . may result in the dismissal of this action." (Doc. 5 at 1). To date, Petitioner has not paid the filing fee or otherwise responded to the Court's prior Order.

Accordingly, it is **RECOMMENDED** that this action be **DISMISSED without prejudice** due to Petitioner's failure to obey a lawful order of this Court. See LR 41.3.A.(2), NDGa.

The Clerk is **DIRECTED** to withdraw the reference to the Magistrate Judge.

**SO RECOMMENDED and DIRECTED** this 13th day of July, 2012.

*Susan S. Cole*
SUSAN S. COLE
United States Magistrate Judge

AO 72A
(Rev.8/82)